**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **AAMIR KHAN**, | * | |
| Petitioner, | * | |
| v. | | Case No. 1:26-cv-00088-ABA |
| | * | |
| **KRISTI NOEM, SECRETARY** | | |
| U.S. Dept. of Homeland Security., *et al.*, | * | |
| Respondents. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

| | | |
|---|---|---|
| **AASIM KHAN**, | * | |
| Petitioner, | * | |
| v. | | Case No. 1:26-cv-00089-LKG |
| | * | |
| **KRISTI NOEM, SECRETARY** | | |
| U.S. Dept. of Homeland Security., *et al.*, | * | |
| Respondents. | * | |

\*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*      \*

## ORDER

Upon consideration of the Joint Status Report, Motion to Consolidate, and Proposed Briefing Schedule, (ECF No. 7), and the entire record in these cases, good cause having been shown, it is hereby: **ORDERED**, that the Motion to Consolidate is **GRANTED**; and it is further

**ORDERED**, that Case Nos. 1:26-cv-00088-ABA and 1:26-cv-00089-LKG are hereby **CONSOLIDATED**; and it is further

**ORDERED**, that the Clerk of Court shall consolidate these cases, and Case No. 1:26-cv-00088-ABA is hereby **DESIGNATED** as the lead case; and it is further

2

**ORDERED**, that on or before <u>January 23, 2026</u>, Respondents shall file their Habeas Response and any related Motions, and on or before <u>February 6, 2026</u>, Petitioners shall file their Habeas Reply and Oppositions to any Motions.

SO ORDERED:

Dated: January 15, 2026             _____**/s/**_____

                                    Adam B. Abelson
                                    United States District Court Judge