**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| AAMIR KHAN, AASIM KHAN,<br>*Petitioners*,<br><br>v.<br><br>VERNON LIGGINS, *et al.*,<br>*Respondents*. | Case No. 26-cv-00088-ABA<br>Case No. 26-cv-00089-ABA |

**ORDER**

For the reasons stated in the accompanying Memorandum Opinion, the Court hereby ORDERS as follows:

1. Petitioners' Petitions for Writ of Habeas Corpus (Case No. 26-cv-88-ABA, ECF No. 1 & Case No. 26-cv-89-ABA, ECF No. 1) are GRANTED;
2. No later than 12:00 p.m. ET on Thursday, July 16, 2026, Respondents shall RELEASE Petitioners Aamir Khan and Aasim Khan from immigration detention;
3. Nothing in this Order precludes United States Immigration and Customs Enforcement from imposing reasonable conditions of release;
4. Respondents' Motion to Dismiss (ECF No. 17) is DENIED;
5. Respondents' Motion for Extension of Time (ECF No. 25) is GRANTED.;
6. Petitioners shall submit completed applications for Pakistani National ID and Passports within 60 days of the date of this Order;

7. The Parties shall file a Joint Status Report regarding compliance with this Order on or before Monday, July 20, 2026; and
8. The Court shall retain jurisdiction to enforce compliance with this Order.

Date: July 10, 2026

***/s/***

Adam B. Abelson
United States District Judge